**STATE of Missouri, Respondent,**

v.

**Bruce D. JAMES, Appellant.**

**No. WD 71759.**

Missouri Court of Appeals,
Western District.

Nov. 23, 2010.

Ellen H. Flottman, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before JAMES EDWARD WELSH, P.J., MARK D. PFEIFFER, and KAREN KING MITCHELL, JJ.

### ORDER

PER CURIAM:

Bruce D. James appeals the circuit court's judgment convicting him of felonious restraint. We affirm. Rule 30.25(b).